31 A.3d 286

**ESTATE OF Joseph E. CODY, Sr., an Incapacitated Person.**

**Petition of Kelly Ann Cody, Original P.O.A. of Mr. Joseph E. Cody, Sr.**

**No. 55 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 18, 2011.

### *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of October, 2011, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**